IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:11cr7-MHT |
| MONTY ERVIN | ) | (WO) |

ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. no. 117) and the objections filed by defendant Monty Ervin (Doc. no. 130); and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

    (1) That defendant Monty Ervin's objections (Doc. no. 130) are overruled;

    (2) That the recommendation of the United States Magistrate Judge (Doc. no. 117) is adopted; and

(3) That defendant Ervin's motion to suppress (Doc. no. 89) is denied.

DONE, this the 8th day of September, 2011.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE