IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:11cr7-MHT |
| MONTY ERVIN and | ) | (WO) |
| PATRICIA ERVIN | ) | |

## ORDER

Now before this court are defendants Patricia Ervin's and Monty Ervin's objections to the magistrate judge's order denying their motions for disclosure of information regarding the government's confidential source. Upon consideration of those objections and after an independent and de novo review of the record, including an in camera hearing on October 3, 2011, and oral argument held on October 25, 2011, the court finds no error in the magistrate judge's order. See 28 U.S.C. § 636(b)(1)(A).

The government has agreed to limit its reliance on information gathered from any confidential source to explaining why the United States Marshals Service looked

for Monty Ervin in Florida. See <u>United States v. Diaz</u>, 655 F.2d 580, 587 (11th Cir. 1981) (disclosure not required when informant is "mere tipster"); <u>United States v. Varella</u>, 692 F.2d 1352, 1356 (11th Cir. 1982) ("[T]he law favors nondisclosure where the government can demonstrate a compelling need to protect its informer.")

It is therefore the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendants Patricia Ervin's and Monty Ervin's objections (doc. nos. 126 and 129) are overruled; and

(2) That the magistrate judge's order (doc. no. 122) is affirmed.

DONE, this the 28th day of October, 2011.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE