IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:11cr7-MHT |
| PATRICIA ERVIN | ) | (WO) |

ORDER

Based upon the representations made in open court on January 23, 2012, by defendant Patricia Ervin, her counsel, and the government's counsel and based on the court's own personal observations, it is ORDERED and DECLARED that there is no "reasonable cause" whatsoever to believe that defendant Patricia Ervin is currently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense, 18 U.S.C. § 4241(a); see also McNeil v. Director, Patuxant Inst., 407 U.S. 245, 249 n.3 (1972); nor is there any "bona fide doubt" whatsoever regarding defendant Ervin's competency. Tiller v. Esposito, 911 F.2d 575, 576 (11th

Cir. 1990). The court makes this finding beyond a reasonable doubt.

DONE, this the 24th day of January, 2012.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE