IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:11cr7-MHT |
| MONTY ERVIN | ) | (WO) |

ORDER

Based upon the representations made in open court on January 23, 2012, by defendant Monty Ervin, his counsel, and the government's counsel and based on the court's own personal observations, it is ORDERED and DECLARED that there is no "reasonable cause" whatsoever to believe that defendant Monty Ervin is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, 18 U.S.C. § 4241(a); see also McNeil v. Director, Patuxant Inst., 407 U.S. 245, 249 n.3 (1972); nor is there any "bona fide doubt" whatsoever regarding defendant Ervin's competency.

<u>Tiller v. Esposito</u>, 911 F.2d 575, 576 (11th Cir. 1990).

The court makes this finding beyond a reasonable doubt.

DONE, this the 24th day of January, 2012.


                        <u>/s/ Myron H. Thompson</u>
                       **UNITED STATES DISTRICT JUDGE**